# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF AMENDMENT COMPLAINT AS OF RIGHT**

Now comes the Plaintiff, and pursuant Fed. R. Civ. P. Rule 15(a), notices he has amended his complaint as of right, specifically, to change the reference to the Defendant in the caption of the complaint from "City of Boston" to "Suffolk County." "A copy of the First Amended Complaint is attached hereto.

        Respectfully submitted,

        THE PLAINTIFF

        By his Attorney,


        s/Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        (781) 849-8479
        BBO # 559269

Dated: January 11, 2005