UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA et al., <br>     Plaintiff <br><br> v. <br><br> SUFFOLK COUNTY, <br>     Defendant | C.A. NO. 05-10032-MEL |

**NOTICE OF FIRST FILING OF FLSA CONSENTS TO SUE**

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

| | | |
|---|---|---|
| Alesendro Basile | James T. Gorman | Jeff Parillo |
| Gregory Baker | Barbara Gray | William Paul Petersen |
| Brian Barden | Dennis Guilfoyle | William S. Power |
| Joseph Bennett | Theresa Hall | Richard Powers |
| Crystal Brown | Michael Haugh | Sean Puglsey |
| Paul Busa | Daniel J. Hickey | Richard Rondeau |
| Christina Chaney | Thomas Hogan | Christopher D. Ryan |
| Michael T. Coakley | Annjanette Howard | Troy Salvetti |
| Sharon Corbin | Dean Johnson | Edward Sciarratta |
| Daniel Daley | John Katikakis | Michael Simpson |
| Peter Daly | James F. Keogh | Janet M. Sinclair |
| Lisa Daniel | Bryan Kaiser | Scott Smith |
| Paul Demille | Earl Lacaillade | Brian Solimini |
| Edward J. Denehy, Jr. | Shawn Leonard | Jay Tully |
| Neville DePass, Sr. | Anthony J. Morganelli | Kenneth Sheehan |
| Michael J. Doherty | Charles Mattar | David Stock |
| Billy Dowd | Jarrod McCarthy | Tom Tucci |
| Robert F. Downs | John T. McGee | Steve Varney |
| Richard J. Flynn | Jason McGrane | Keith Wallace |
| Thomas J. Flynn | Brian McPherson | Antonio Whitfield |
| Timothy Frates | Robert Milisi | Davis Williams |
| Daniel Galvin | Robert Morgan | Stephanie Wright |
| James Glavin | Joseph A. Munger | Robert Zoebisch |
| Walter Gonzalez | Bruce Owens | |

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479
BBO # 559269

Dated: January 28, 2005