UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA et al.,<br>      Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>      Defendant | C.A. NO. 05-10032-MEL |

CERTIFICATE OF SERVICE

    I certify that I have served true copies of the enclosed documents on this day on the attorney for the other side by first class mail, postage prepaid.

/s/Daniel W. Rice        1/28/05
Daniel W. Rice        Date