UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**MOTION TO AMEND COMPLAINT**
**TO ADD ADDITIONAL PARTY PLAINTIFFS**

Now come the Plaintiffs in this action and move to amend their First Amended Complaint by adding as party plaintiffs all 71 individuals who have filed individual consent forms in connection with the Plaintiffs' "NOTICE OF FIRST FILING OF FLSA CONSENTS TO SUE (these forms will hereinafter be referred to as "Consent(s).")" In support thereof, the Plaintiffs state that each such individual who has filed a Consent has been a correction officer employed by the Defendant Suffolk County, and members of a labor organization, AFSCME Council 93, AFL-CIO, Local 419 (the "Union")." The Union and the Defendant Suffolk County are parties to a collective bargaining agreement, which sets forth terms and conditions of employment that uniformly apply to corrections officers and certain other employees assigned to the Suffolk County House of Correction, including hourly rates of pay, and circumstances in which officers are entitled to receive overtime pay and the addition of certain premiums to their normal hourly rate of pay (hereinafter, "premium pay")." The individuals who have filed their Consents, therefore,

1

are similarly situated employees within the meaning of 29 U.S.C. § 216(b), and are therefore entitled to intervene in this case as party plaintiffs by filing their Consents. A copy of the Plaintiffs Second Amended Complaint is attached hereto.

The 71 individuals who have filed their Consents and move to be added as party plaintiffs are:

1. Lesendro Basile
2. Gregory Baker
3. Brian Barden
4. Joseph Bennett
5. Crystal Brown
6. Paul Busa
7. Christina Chaney
8. Michael T. Coakley
9. Sharon Corbin
10. Daniel Daley
11. Peter Daly
12. Lisa Daniel
13. Paul Demille
14. Edward J. Denehy, Jr.
15. Neville Depass, Sr.
16. Michael J. Doherty
17. Billy Dowd
18. Robert F. Downs
19. Richard J. Flynn
20. Thomas J. Flynn
21. Timothy Frates
22. Daniel Galvin
23. James Glavin
24. Walter Gonzalez
25. James T. Gorman
26. Barbara Gray
27. Dennis Guilfoyle
28. Theresa Hall
29. Michael Haugh
30. Daniel J. Hickey
31. Thomas Hogan
32. Annjanette Howard
33. Dean Johnson
34. John Katikakis
35. James F. Keogh
36. Bryan Kaiser
37. Earl Lacaillade
38. Shawn Leonard
39. Anthony J. Morganelli
40. Charles Mattar
41. Jarrod McCarthy
42. John T. McGee
43. Jason McGrane
44. Brian McPherson
45. Robert Milisi
46. Robert Morgan
47. Joseph A. Munger
48. Bruce Owens
49. Jeff Parillo
50. William Paul Petersen
51. William S. Power
52. Richard Powers
53. Sean Puglsey
54. Richard Rondeau
55. Christopher D. Ryan
56. Troy Salvetti
57. Edward Sciarratta
58. Michael Simpson
59. Janet M. Sinclair
60. Scott Smith
61. Brian Solimini
62. Jay Tully
63. Kenneth Sheehan
64. David Stock
65. Tom Tucci
66. Steve Varney
67. Keith Wallace
68. Antonio Whitfield
69. Davis Williams
70. Stephanie Wright
71. Robert Zoebisch

2

3

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

<u>/s/ Daniel W. Rice</u>
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479
BBO # 559269

Dated: January 28, 2005