UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al. , | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

CERTIFICATE OF SERVICE

I certify that I have served true copies of the enclosed documents on this day on the attorney for the other side by first class mail, postage prepaid.

/s/Daniel W. Rice          1/28/05
Daniel W. Rice             Date