UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al.,<br>      Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>      Defendant | C.A. NO. 05-10032-MEL |

**NOTICE OF SECOND FILING OF FLSA CONSENTS TO SUE**

    Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

1. John Gaeta
2. Thomas Harris
3. Michael Nephew

    Respectfully submitted,

    THE PLAINTIFFS

    By their attorney,

    /s/ Daniel W. Rice
    Daniel W. Rice
    GLYNN, LANDRY,
    HARRINGTON & RICE, LLP
    10 Forbes Road
    Braintree, MA 02184
    (781) 849-8479
    BBO # 559269

Dated: February 2, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al.,<br>      Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SECOND FILING OF FLSA CONSENTS TO SUE**

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

1. John Gaeta
2. Thomas Harris
3. Michael Nephew

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,

        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        (781) 849-8479
        BBO # 559269

Dated: February 2, 2005

Case 1:05-cv-10032-WGY    Document 10-2    Filed 02/02/2005    Page 2 of 2