UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>Plaintiff )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant ) | C.A. NO. 05-10032-MEL |

CERTIFICATE OF SERVICE

I certify that I have served true copies of the enclosed documents on this day on the attorney for the other side by first class mail, postage prepaid.

/s/Daniel W. Rice          2/1/05
Daniel W. Rice             Date