UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) ) | |

### NOTICE OF FOURTH FILING OF FLSA CONSENTS TO SUE

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

The 234 individuals who have filed their Consents and move to be added as party plaintiffs with today's filing are:

1. Peter Abban
2. Nicholas Adams
3. Alejandro Aguilar
4. Brian Ahearn
5. William Ahern
6. Christopher Alessi
7. Michael F. Amatucci
8. Anthony Andrews
9. Anthony Arcieri III
10. Edward Ardolino
11. Charles M. Bailey
12. Charles Balboni
13. Michael Balzarini
14. Edward J. Bannon
15. Danevna Barbour
16. Kevin M. Barrett
17. Roseanne Barrows
18. Daniel Bausemer
19. Richard A. Belinsky Jr.
20. Julio Bello
21. Yvette Bennett
22. William Berardinelli
23. Anthony Bernard
24. Maureen Bland
25. Leo Boudreau
26. Al Boudrow
27. Wayne Ed Bourgeois
28. Randy S. Brooks
29. Frank Burgess, Jr.
30. Latonya Bynum
31. Patrick Cadigan
32. Robert T. Call
33. Victor Caraballo
34. Dean W. Cardillo

1

| | | | |
|---|---|---|---|
| 35. | Gerardo Carrasquillo | 81. | Shaunette Fitzpatrick |
| 36. | William A. Carroll | 82. | Edward T. Fletcher |
| 37. | Corry D. Carter | 83. | Todd Flynn |
| 38. | Ninfa Cepeda | 84. | Terrance P. Foley |
| 39. | Debra Charles | 85. | Rachel A. Fuller |
| 40. | Patricia Cheatham | 86. | John Furney |
| 41. | Anthony Chianca | 87. | Robert F. Galante |
| 42. | Benjamin Chin | 88. | Brenda Garcia |
| 43. | Sean M. Clark, Sr. | 89. | Michael Gentile |
| 44. | John T. Clasby | 90. | Jarrod Gero |
| 45. | Dalton G. Clayton | 91. | Christopher L. Gillespie |
| 46. | Michael Connaire | 92. | Matt Gilligan |
| 47. | John P. Connolly | 93. | Adalberto Gomez |
| 48. | James G. Coppinger | 94. | David R. Granese |
| 49. | James F. Coughlin | 95. | Michael Griffin |
| 50. | Felicia Cowan | 96. | Jason A. Gross |
| 51. | Mark Coye | 97. | William Guerrero |
| 52. | William Cranshaw | 98. | Paul G. Guthro |
| 53. | Alicia Crosby | 99. | Robert P. Hamilton |
| 54. | Thomas Cunniff | 100. | Elizabeth Handrahan |
| 55. | Richard F. Curtin | 101. | Janine Handrahan |
| 56. | David Dackers | 102. | Donna Hartung |
| 57. | John M. D'Aiello | 103. | John Hayes |
| 58. | John DeBassio | 104. | Thomas A. Healy Jr. |
| 59. | Robert DeBole | 105. | Brenda Henderson-Brown |
| 60. | John DeGiacomo | | |
| 61. | Robert G. Delaney | 106. | Gary A. Henry |
| 62. | William Delaney | 107. | Eric Hester |
| 63. | Errol DePass | 108. | Bruce Higgins |
| 64. | John DelSolio | 109. | Andrew Hill |
| 65. | Lorraine Denehy | 110. | Mary Holton |
| 66. | Juan Diaz | 111. | Todd Howell |
| 67. | Steven Diaz | 112. | Michael Hubert |
| 68. | David DiCenso | 113. | Kevin E. Hughes |
| 69. | Thomas S. Donahue | 114. | David A. Hurvitz |
| 70. | Lauren Donovan | 115. | Jesus R. Iraola |
| 71. | Thomas C. Donovan | 116. | Ricardo Iraola |
| 72. | Gail J. Dwyer | 117. | Jennifer Jackson |
| 73. | Edward Eames | 118. | William Jackson, Jr. |
| 74. | John Farragher | 119. | Richard Jarvis |
| 75. | Deyanira Feliz | 120. | Dana C. Johnson |
| 76. | Domenic Festa | 121. | Shawn Johnson |
| 77. | Francis Finn | 122. | Ivory Jones |
| 78. | Jeffrey P. Fiorentino | 123. | Fred D. Josey, Jr. |
| 79. | Timothy S. Fistori | 124. | Owen F. Julius |
| 80. | Dana FitzPatrick | 125. | James S. Kane |

| | | | |
|---|---|---|---|
| 126. | Lauren Kelly | 172. | Scott C. Murphy |
| 127. | David P. Kenneally | 173. | Daniel R. Napolitano |
| 128. | William D. Kenneally | 174. | Kenneth J. Nobile, Jr. |
| 129. | Mark Kepple | 175. | John O'Callaghan |
| 130. | Craig Kingston | 176. | Michael O'Day |
| 131. | Michael S. Lally | 177. | Ford William O'Leary |
| 132. | Nils Leaf | 178. | Frederick J Opanasets |
| 133. | Thomas P. Lee | 179. | Leroy J. Osborne |
| 134. | Ryan Lees | 180. | Christopher Page |
| 135. | Henry A. Lehman | 181. | Anthony D. Paige |
| 136. | Joseph Lizotte | 182. | Stathis Panos |
| 137. | Angel Lopez | 183. | Avianne E. Philbert |
| 138. | Nicholas LoPriore | 184. | Angela Pina |
| 139. | Donald Loud | 185. | Robert Pizzi |
| 140. | Jennifer Lynch-Babbin | 186. | Paul Plakias |
| 141. | Anthony Lyons | 187. | Debra M. Powers |
| 142. | Karolyn Lyons-Prather | 188. | Jennifer A. Racette |
| 143. | Scott MacDonald | 189. | Stephen T. Rayne |
| 144. | David C. Mahoney | 190. | Steven Richman |
| 145. | John Mahoney | 191. | Joseph Ristino |
| 146. | Mark A. Marotta | 192. | Nassim Rizvi |
| 147. | Anna Marie Matos | 193. | John E. Roberts, Jr. |
| 148. | Michael Matulonis | 194. | Sean Ross |
| 149. | Ann McAuliffe | 195. | Robert W. Rowland |
| 150. | Eugene P. McCarthy | 196. | Franco Russo |
| 151. | Charles R. McCormack | 197. | Salvatore V. Russo |
| 152. | Sean W. McCormack | 198. | John J. Ryan |
| 153. | Eileen McHugh | 199. | Arthur M. Sacco |
| 154. | Mark McHugh | 200. | Anthony Saitta |
| 155. | Ryan P. McHugh | 201. | James Saverse |
| 156. | Thomas A. McKenna | 202. | Joseph L. Shea |
| 157. | Chris E. McNamara | 203. | Michael J. Shea |
| 158. | Gene McNeil, Jr. | 204. | Lisa Sheehan |
| 159. | Daniel J. Meany, III | 205. | Richard Silkes |
| 160. | Ellen L. Melaugh | 206. | Kevin Sims, Sr. |
| 161. | John Melchin | 207. | Scott Sinclair |
| 162. | Luther J. Miles, Sr. | 208. | Dwight B. Smith |
| 163. | Peter G. Miller | 209. | Antonio Sousa |
| 164. | Michael A. Misci | 210. | Jeffrey Sprague |
| 165. | Billy J. Mobley | 211. | Brian Stack |
| 166. | Robert Monahan | 212. | Christopher Summers |
| 167. | Elizabeth Montanez | 213. | James Terrazzano |
| 168. | Sean P. Mortimer | 214. | Sylvia Thomas |
| 169. | Steven Muldowney | 215. | James M. Tobin |
| 170. | John J. Murad | 216. | Kelly D. Torrejon |
| 171. | John J. Murphy | 217. | Marcus Torrejon |

| | | | | |
|---|---|---|---|---|
| 218. | William J. Torres | | 227. | Thomas Walsh |
| 219. | Richard Townsend | | 228. | Michael J. White |
| 220. | Derek Trainor | | 229. | Mark Whitley |
| 221. | Robert Troy | | 230. | James Williams |
| 222. | Juan R. Vargas | | 231. | John Winnett |
| 223. | Joseph J. Vecchione | | 232. | Frederick Wortman, Jr. |
| 224. | Ismael Velez | | 233. | Dianne Zene |
| 225. | John Vencile | | 234. | Christopher Zero |
| 226. | Robert Walker | | | |

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479
BBO # 559269

Dated: February 9, 2005

4