UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**MOTION TO CORRECT ELECTRONIC FILING**

Now come the Plaintiffs in this action and move to correct an electronic filing, to wit, Document 19 on the Docket, filed today, which is captioned as their Motion to Amend the Plaintiffs Complaint, because counsel inadvertently attached the wrong file from his computer data base with this filing. The Plaintiff will file the correct document, which moves for leave to add as party plaintiffs the 234 individuals who have filed their consents today.

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479
BBO # 559269

1

Dated: February 9, 2005