UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**MOTION TO AMEND COMPLAINT
TO ADD ADDITIONAL PARTY PLAINTIFFS**

Now come the Plaintiffs in this action and move to amend their First Amended Complaint by adding as party plaintiffs the three individuals who have today filed individual consent forms in connection with the Plaintiffs' NOTICE OF FOURTH FILING OF FLSA CONSENTS TO SUE (these forms will hereinafter be referred to as "Consent(s).") In support thereof, the Plaintiffs state that each such individual who has filed a Consent has been a correction officer employed by the Defendant Suffolk County, and a member of a labor organization, AFSCME Council 93, AFL-CIO, Local 419 (the "Union"). The Union and the Defendant Suffolk County are and have been parties to a collective bargaining agreement, which sets forth terms and conditions of employment that uniformly apply to corrections officers and certain other employees assigned to the Suffolk County House of Correction, including hourly rates of pay, and circumstances in which officers are entitled to receive overtime pay and the addition of certain premiums to their normal hourly rate of pay (hereinafter, "premium pay"). The individuals who

1

have filed their Consents, therefore, are similarly situated employees within the meaning of 29 U.S.C. § 216(b), and are therefore entitled to intervene in this case as party plaintiffs by filing their Consents. A copy of the Plaintiffs' Second Amended Complaint is attached hereto.

The 234 individuals who have filed their Consents and move to be added as party plaintiffs with today's filing are:

| | | | | |
|---|---|---|---|---|
| 1. | Peter Abban | 35. | Gerardo Carrasquillo |
| 2. | Nicholas Adams | 36. | William A. Carroll |
| 3. | Alejandro Aguilar | 37. | Corry D. Carter |
| 4. | Brian Ahearn | 38. | Ninfa Cepeda |
| 5. | William Ahern | 39. | Debra Charles |
| 6. | Christopher Alessi | 40. | Patricia Cheatham |
| 7. | Michael F. Amatucci | 41. | Anthony Chianca |
| 8. | Anthony Andrews | 42. | Benjamin Chin |
| 9. | Anthony Arcieri III | 43. | Sean M. Clark, Sr. |
| 10. | Edward Ardolino | 44. | John T. Clasby |
| 11. | Charles M. Bailey | 45. | Dalton G. Clayton |
| 12. | Charles Balboni | 46. | Michael Connaire |
| 13. | Michael Balzarini | 47. | John P. Connolly |
| 14. | Edward J. Bannon | 48. | James G. Coppinger |
| 15. | Danevna Barbour | 49. | James F. Coughlin |
| 16. | Kevin M. Barrett | 50. | Felicia Cowan |
| 17. | Roseanne Barrows | 51. | Mark Coye |
| 18. | Daniel Bausemer | 52. | William Cranshaw |
| 19. | Richard A. Belinsky Jr. | 53. | Alicia Crosby |
| 20. | Julio Bello | 54. | Thomas Cunniff |
| 21. | Yvette Bennett | 55. | Richard F. Curtin |
| 22. | William Berardinelli | 56. | David Dackers |
| 23. | Anthony Bernard | 57. | John M. D'Aiello |
| 24. | Maureen Bland | 58. | John DeBassio |
| 25. | Leo Boudreau | 59. | Robert DeBole |
| 26. | Al Boudrow | 60. | John DeGiacomo |
| 27. | Wayne Ed Bourgeois | 61. | Robert G. Delaney |
| 28. | Randy S. Brooks | 62. | William Delaney |
| 29. | Frank Burgess, Jr. | 63. | Errol DePass |
| 30. | Latonya Bynum | 64. | John DelSolio |
| 31. | Patrick Cadigan | 65. | Lorraine Denehy |
| 32. | Robert T. Call | 66. | Juan Diaz |
| 33. | Victor Caraballo | 67. | Steven Diaz |
| 34. | Dean W. Cardillo | 68. | David DiCenso |

| | | | |
|---|---|---|---|
| 69. | Thomas S. Donahue | 114. | David A. Hurvitz |
| 70. | Lauren Donovan | 115. | Jesus R. Iraola |
| 71. | Thomas C. Donovan | 116. | Ricardo Iraola |
| 72. | Gail J. Dwyer | 117. | Jennifer Jackson |
| 73. | Edward Eames | 118. | William Jackson, Jr. |
| 74. | John Farragher | 119. | Richard Jarvis |
| 75. | Deyanira Feliz | 120. | Dana C. Johnson |
| 76. | Domenic Festa | 121. | Shawn Johnson |
| 77. | Francis Finn | 122. | Ivory Jones |
| 78. | Jeffrey P. Fiorentino | 123. | Fred D. Josey, Jr. |
| 79. | Timothy S. Fistori | 124. | Owen F. Julius |
| 80. | Dana FitzPatrick | 125. | James S. Kane |
| 81. | Shaunette Fitzpatrick | 126. | Lauren Kelly |
| 82. | Edward T. Fletcher | 127. | David P. Kenneally |
| 83. | Todd Flynn | 128. | William D. Kenneally |
| 84. | Terrance P. Foley | 129. | Mark Kepple |
| 85. | Rachel A. Fuller | 130. | Craig Kingston |
| 86. | John Furney | 131. | Michael S. Lally |
| 87. | Robert F. Galante | 132. | Nils Leaf |
| 88. | Brenda Garcia | 133. | Thomas P. Lee |
| 89. | Michael Gentile | 134. | Ryan Lees |
| 90. | Jarrod Gero | 135. | Henry A. Lehman |
| 91. | Christopher L. Gillespie | 136. | Joseph Lizotte |
| 92. | Matt Gilligan | 137. | Angel Lopez |
| 93. | Adalberto Gomez | 138. | Nicholas LoPriore |
| 94. | David R. Granese | 139. | Donald Loud |
| 95. | Michael Griffin | 140. | Jennifer Lynch-Babbin |
| 96. | Jason A. Gross | 141. | Anthony Lyons |
| 97. | William Guerrero | 142. | Karolyn Lyons-Prather |
| 98. | Paul G. Guthro | 143. | Scott MacDonald |
| 99. | Robert P. Hamilton | 144. | David C. Mahoney |
| 100. | Elizabeth Handrahan | 145. | John Mahoney |
| 101. | Janine Handrahan | 146. | Mark A. Marotta |
| 102. | Donna Hartung | 147. | Anna Marie Matos |
| 103. | John Hayes | 148. | Michael Matulonis |
| 104. | Thomas A. Healy Jr. | 149. | Ann McAuliffe |
| 105. | Brenda Henderson-Brown | 150. | Eugene P. McCarthy |
| | | 151. | Charles R. McCormack |
| 106. | Gary A. Henry | 152. | Sean W. McCormack |
| 107. | Eric Hester | 153. | Eileen McHugh |
| 108. | Bruce Higgins | 154. | Mark McHugh |
| 109. | Andrew Hill | 155. | Ryan P. McHugh |
| 110. | Mary Holton | 156. | Thomas A. McKenna |
| 111. | Todd Howell | 157. | Chris E. McNamara |
| 112. | Michael Hubert | 158. | Gene McNeil, Jr. |
| 113. | Kevin E. Hughes | 159. | Daniel J. Meany, III |

3

| | | | |
|---|---|---|---|
| 160. | Ellen L. Melaugh | 198. | John J. Ryan |
| 161. | John Melchin | 199. | Arthur M. Sacco |
| 162. | Luther J. Miles, Sr. | 200. | Anthony Saitta |
| 163. | Peter G. Miller | 201. | James Saverse |
| 164. | Michael A. Misci | 202. | Joseph L. Shea |
| 165. | Billy J. Mobley | 203. | Michael J. Shea |
| 166. | Robert Monahan | 204. | Lisa Sheehan |
| 167. | Elizabeth Montanez | 205. | Richard Silkes |
| 168. | Sean P. Mortimer | 206. | Kevin Sims, Sr. |
| 169. | Steven Muldowney | 207. | Scott Sinclair |
| 170. | John J. Murad | 208. | Dwight B. Smith |
| 171. | John J. Murphy | 209. | Antonio Sousa |
| 172. | Scott C. Murphy | 210. | Jeffrey Sprague |
| 173. | Daniel R. Napolitano | 211. | Brian Stack |
| 174. | Kenneth J. Nobile, Jr. | 212. | Christopher Summers |
| 175. | John O'Callaghan | 213. | James Terrazzano |
| 176. | Michael O'Day | 214. | Sylvia Thomas |
| 177. | Ford William O'Leary | 215. | James M. Tobin |
| 178. | Frederick J Opanasets | 216. | Kelly D. Torrejon |
| 179. | Leroy J. Osborne | 217. | Marcus Torrejon |
| 180. | Christopher Page | 218. | William J. Torres |
| 181. | Anthony D. Paige | 219. | Richard Townsend |
| 182. | Stathis Panos | 220. | Derek Trainor |
| 183. | Avianne E. Philbert | 221. | Robert Troy |
| 184. | Angela Pina | 222. | Juan R. Vargas |
| 185. | Robert Pizzi | 223. | Joseph J. Vecchione |
| 186. | Paul Plakias | 224. | Ismael Velez |
| 187. | Debra M. Powers | 225. | John Vencile |
| 188. | Jennifer A. Racette | 226. | Robert Walker |
| 189. | Stephen T. Rayne | 227. | Thomas Walsh |
| 190. | Steven Richman | 228. | Michael J. White |
| 191. | Joseph Ristino | 229. | Mark Whitley |
| 192. | Nassim Rizvi | 230. | James Williams |
| 193. | John E. Roberts, Jr. | 231. | John Winnett |
| 194. | Sean Ross | 232. | Frederick Wortman, Jr. |
| 195. | Robert W. Rowland | 233. | Dianne Zene |
| 196. | Franco Russo | 234. | Christopher Zero |
| 197. | Salvatore V. Russo | | |

5

       Respectfully submitted,

       THE PLAINTIFFS

       By their attorney,

       /s/ Daniel W. Rice
       Daniel W. Rice
       GLYNN, LANDRY,
       HARRINGTON & RICE, LLP
       10 Forbes Road
       Braintree, MA 02184
       (781) 849-8479
       BBO # 559269

Dated: February 9, 2005