UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)　　C.A. NO. 05-10032-MEL<br>　　　　　　　　　　　　　　　　)<br>SUFFOLK COUNTY,　　　　　　　)<br>　　　Defendant　　　　　　　　　)  | |

**<u>NOTICE OF FIFTH FILING OF FLSA CONSENTS TO SUE</u>**

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

The individuals who have filed their Consents and move to be added as party plaintiffs with today's filing are:

1. Christopher Blaney
2. Christopher Boujoukas
3. Edwige Bourgogne
4. Glen Campbell
5. William Ford
6. Haley Fortier
7. Raymond Harris
8. James Hill
9. Ronald Lees
10. Paul McCarthy
11. Michael Powers
12. Yolanda Smith
13. Keith Storlazzi
14. John K. Sullivan
15. Regina Williams

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,


/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: February 17, 2005