UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) |  |
| Plaintiff | ) ) |  |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) |  |

### NOTICE OF SIXTH FILING OF FLSA CONSENTS TO SUE

Attached hereto is a CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) form, noticing participation as party plaintiff in the above-captioned collective action for the following individual:

**JOSEPH GATTO**

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: February 24, 2005