UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**MOTION TO AMEND COMPLAINT
TO ADD ADDITIONAL COUNT ALLEGING VIOLATION OF G.L. C. 149, § 148**

Now come the Plaintiffs in this action and pursuant to Fed. R. Civ. P. Rule 15(b), move to amend their Complaint to assert a claim alleging a violation of G.L. c. 149, § 148, and a count alleging that the Defendant has violated the FLSA by failing to pay Canine Officers for work performed outside their normally scheduled hours of work. In support thereof, the Plaintiffs state that by letter dated March 1, 2005, they received a right to bring a private right of action against the Defendant under G.L. c. 149. In further support, the Plaintiffs state that the proposed amendment conforms to the evidence in this action, and no responsive pleading has been filed by the Defendant in this action. A copy of the Plaintiffs Amended Complaint is attached hereto.

2

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,

        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        (781) 849-8479
        BBO # 559269

Dated: March 4, 2005

2