UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>  )<br>   Plaintiff )<br>  )<br>v. )<br>  )<br>SUFFOLK COUNTY, )<br>   Defendant )<br>  )  | C.A. NO. 05-10032-MEL |

**NOTICE OF EIGHTH FILING OF FLSA CONSENTS TO SUE**

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

The individuals who have filed their Consents and move to be added as party plaintiffs with today's filing are:

> ERICA LOPEZ
> LESTER LICONE
> JIM COSTELLO
> THOMAS CURRAN

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,


        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        BBO # 559269
        (781) 849-8479

Dated: March 26, 2005