UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
GIUSEPPE MAROTTA              )
      Plaintiff               )
                              )
            v.                )
                              )           Civil Action No. 05-10032-MEL
SUFFOLK COUNTY,               )
      Defendant               )
_____)
```

**NOTICE OF APPEARANCE**

      Please enter the appearance of James M. Davin as counsel for Defendant Suffolk County in this action.

      Respectfully submitted for
Defendant Suffolk County
By its attorney


/s/  James M. Davin
_____
James M. Davin, BBO# 566973
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6679