UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al.,<br>　　　Plaintiff<br>v.<br>SUFFOLK COUNTY,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-10032-MEL |

**NOTICE OF ELEVENTH FILING OF FLSA CONSENTS TO SUE**

Attached hereto is a CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) form, noticing participation as party plaintiff in the above-captioned collective action for the following individuals:

**DAVID MAHONEY**
**JOHN CREAMER**

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　THE PLAINTIFFS

　　　　　　　　　　　　By their attorney,


　　　　　　　　　　　　/s/ Daniel W. Rice
　　　　　　　　　　　　Daniel W. Rice
　　　　　　　　　　　　GLYNN, LANDRY,
　　　　　　　　　　　　HARRINGTON & RICE, LLP
　　　　　　　　　　　　10 Forbes Road
　　　　　　　　　　　　Braintree, MA 02184
　　　　　　　　　　　　BBO # 559269
　　　　　　　　　　　　(781) 849-8479

Dated: June 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant )<br>) | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   _____
(Signature)                                 (Date)

_DAVID McHANEY_
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

    Plaintiff

v.                                                                                    C.A. NO. 05-10032-MEL

SUFFOLK COUNTY,
    Defendant

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  5/30
(Signature)                    (Date)

JOHN CREAMER
PRINT NAME HERE