UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., </br>   Plaintiff </br> v. </br> SUFFOLK COUNTY, </br>   Defendant | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 05-10032-MEL |

**NOTICE OF THIRTEENTH FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff in the above-captioned collective action for the following individual:

**JAMES FARRICY**

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: September 14, 2005

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_James Famiay_  9/1/05
(Signature)            (Date)

Name: James Famiay

Address: 61 Alicia

Dorchester  MA  02124
(City)         (State)  (Zip Code)