UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-10032-MEL |
| ) | |
| SUFFOLK COUNTY, ) | |
| Defendant ) | |

## Defendant's Certification Pursuant to Local Rule 16.1

The undersigned certify that they have conferred with a view to establishing a budget for the cost of conducting the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ Anne P. Powers_____  /s/ James M. Davin_____
   Anne P. Powers, General Counsel         James M. Davin,
   Suffolk County Sheriff's Department     Deputy General Counsel

Date:  November 14, 2005                Date:  November 14, 2005