UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**MOTION TO AMEND COMPLAINT
TO ADD ADDITIONAL PARTY PLAINTIFFS**

Now come the Plaintiffs in this action and move to amend their Complaint by adding as a party plaintiffs Jason A. Gross, Micah Brinson, Edwige Bourgogne, Jamal Lyons, Jillian Strong, Byron Graff, Steven Ashman, Jeffrey Bouffard, Patrick McCrawe, Larry Williams, Jodi Lieberman, Antonio Abreu, Brandie Thornton, Alexis Thornton, Julie Bickford, and to allege that the Defendant failed to pay them overtime wages in accordance with the FLSA in connection with their attendance at Defendant's Basic County Corrections Academy.  In support thereof, the Plaintiffs state that these individuals are correction officers employed by the Defendant Suffolk County, and a member of a labor organization, AFSCME Council 93, AFL-CIO, Local 419 (the "Union")." The Union and the Defendant Suffolk County are and have been parties to a collective bargaining agreement, which sets forth terms and conditions of employment that uniformly apply to corrections officers and certain other employees assigned to the Suffolk County House of Correction, including hourly rates of pay, and circumstances in

1

which officers are entitled to receive overtime pay and the addition of certain premiums to their normal hourly rate of pay (hereinafter, "premium pay")." These individuals, therefore, are similarly situated employees within the meaning of 29 U.S.C. § 216(b), and are therefore entitled to intervene in this case as party plaintiffs by filing their Consents. A copy of the Plaintiffs' Amended Complaint is attached hereto.

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,

        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        (781) 849-8479
        BBO # 559269

Dated: November 29, 2005