# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| | ) | |
| GIUSEPPE MAROTTA et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## NOTICE OF SIXTEENTH FILING OF FLSA CONSENTS TO SUE

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

>Paul Scali
>Michael O Brien
>Fred Opanasets
>David Dackers
>Patrick Cadigan
>Joseph Gatto
>Larry Davidson
>John DeNapoli
>David Markowski
>Steven Boyce
>Stephen Hernandez
>Steve Varney
>Victor Camilo Sanchez
>Michael Reiser
>Scott Walker
>Domingos Rosa
>Jeffrey Ingargiola
>Christine Fitzgerald
>Daniel Polcaro
>Daniel Quintiliani
>Tim Rollins

Richard Centola
Daniel Daunais
Thomas Davis
Dennis Hutchinson
Justin Dean
John Ulrich
Jason Dernier
Jillian Strong
Dean Faro
Jessica Figeisia


Respectfully submitted,

THE PLAINTIFFS

By their attorney,


/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: December 15, 2005

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

      Plaintiff,

v.

SUFFOLK COUNTY,
      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. NO. 05-10032-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  12-5-05
(Signature)                                              (Date)

PAUL  SCALi
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

       C.A. NO. 05-10032-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____

(Signature)             (Date)

_____

PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. NO. 05-10032-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  12-7-05
(Signature)                              (Date)

FRED OPANASOS
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,                )
                                 )
    Plaintiff,               )
                                 )
v.                               )
                                 )      C.A. NO. 05-10032-MEL
                                 )
SUFFOLK COUNTY,                  )
    Defendant.               )
                                 )
                                 )

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  12/7/5
(Signature)                      (Date)

David Deckers
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

     Plaintiff,

v.

SUFFOLK COUNTY,
     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. NO. 05-10032-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Patrick Cadigan_    12-7-05
(Signature)            (Date)

_Patrick Cadigan_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,  )
)
Plaintiff,  )
)
v.  )                          C.A. NO. 05-10032-MEL
)
SUFFOLK COUNTY,  )
Defendant.  )
)
)

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

*Joseph N. Gatto*  12/7/05
(Signature)                              (Date)

*Joseph N. Gatto*
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GIUSEPPE MAROTTA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant. | ) ) ) | |
| | ) ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____     12-7-05
(Signature)                          (Date)

Larry J Davidson
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_John DeNapoli_      _12/5/05_
(Signature)            (Date)

_John DeNapoli_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  12·5·05
(Signature)                                   (Date)

DAVID MARKOWSKI  12·5·05
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    12/5/05
(Signature)                 (Date)

Steven Boyce
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, <br><br> Plaintiff, <br><br> v. <br><br> SUFFOLK COUNTY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

C.A. NO. 05-10032-MEL

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    12/5/05
(Signature)                         (Date)

Stephen S. Hernandez
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| GIUSEPPE MAROTTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    12/4/05
(Signature)                (Date)

Steve Varney
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, <br><br> Plaintiff, <br><br> v. <br><br> SUFFOLK COUNTY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

C.A. NO. 05-10032-MEL

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Victor Camilo Sanchez_     _12/2/2005_
(Signature)              (Date)

_Victor Camilo Sanchez_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant. )<br>) | C.A. NO. 05-10032-MEL |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

(Signature) _____    12/2/05
                                        (Date)

Michael Reiser
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. NO. 05-10032-MEL

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____     12/1/05
(Signature)                                              (Date)

_____
Scott Walker
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_(Signature)_ _11/28/05_
(Signature)                                    (Date)

_Domingos Rosa_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

     Plaintiff,

v.

SUFFOLK COUNTY,
     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. NO. 05-10032-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  11/28/05
(Signature)                (Date)

Jeffrey Ingargiola
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   11-27-05
(Signature)                                          (Date)

Christine Fitzgerald
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. NO. 05-10032-MEL |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  11-27-05
(Signature)                              (Date)

_____
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| GIUSEPPE MAROTTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  27 Nov 05
(Signature)                             (Date)

QUINTILIANI, DANIEL
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, <br><br> Plaintiff, <br><br> v. <br><br> SUFFOLK COUNTY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

C.A. NO. 05-10032-MEL

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  11-27-05
(Signature)                              (Date)

_Tim Rollins_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. NO. 05-10032-MEL |
| | ) |
| SUFFOLK COUNTY, | ) |
| Defendant. | ) |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Richard Centola_  11-27-05
(Signature)                          (Date)

_Richard Centola_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Daniel Daunais_    11/27/05
(Signature)         (Date)

DANiel DAUNAIS
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant. | ) ) ) ) | |
|  | ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Thomas Davis_  _11-26-05_
(Signature)                              (Date)

_THOMAS DAVIS_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
|  | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |
|  | ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  11-27-05
(Signature)                              (Date)

Dennis Hutchinson
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    11-26-05
(Signature)                (Date)

JUSTIN DEAN
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>　　　Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　　C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

|  |  |
|---|---|
| _John Ullrich_ (Signature) | _11-27-05_ (Date) |
| JOHN ULLRICH<br>PRINT NAME HERE |  |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| | ) | |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____ 11/24/05
(Signature)                      (Date)

JASON M. DERNIER
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, | ) | |
| Defendant. | ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  11-26-05
(Signature)              (Date)

_____
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 05-10032-MEL |
| ) | |
| SUFFOLK COUNTY, ) | |
| Defendant. ) | |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Dean C. Faro_     _11-26-2005_
(Signature)        (Date)

_DEAN C. FARO_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        C.A. NO. 05-10032-MEL
                                     )
SUFFOLK COUNTY,                      )
        Defendant.                   )
                                     )

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    11/25/05
(Signature)                (Date)

Jessica Figelski
PRINT NAME HERE