UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**NOTICE OF EIGHTEENTH FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

1. Mark Salvucci
2. Matthew Mahoney
3. Juan Vargas
4. Michael Nocera
5. Robert Murray
6. Donald Ulwick
7. Joseph Sollis
8. Michael Shea
9. Edward Ardilino
10. Al Boudrow
11. Dominic Festa
12. Karen Doria
13. Gioachhino Curiale

       Respectfully submitted,

       THE PLAINTIFFS

       By their attorney,


       /s/ Daniel W. Rice
       Daniel W. Rice
       GLYNN, LANDRY,
       HARRINGTON & RICE, LLP
       10 Forbes Road
       Braintree, MA 02184
       BBO # 559269
       (781) 849-8479

Dated: February 17, 2006

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>   Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>   Defendant. | C.A. NO. 05-10032-MEL |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  2/7/06
(Signature)                (Date)

MARK SALVUCCI
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____     1/26/06
(Signature)                         (Date)

MATTHEW MAHONEY
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant. )<br>) | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  _____
(Signature)                              (Date)

Juan R. Vargas
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____
(Signature)                    (Date)

Michael A Nocera
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   1/29/06
(Signature)                       (Date)

ROBERT MURPHY
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  1/29/06
(Signature)                      (Date)

Donald Ulwick
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   1-29-06
(Signature)                       (Date)

Joseph Sollis
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  1-27-2006
(Signature)                       (Date)

MICHAEL J. SHEA
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant. )<br>) | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Edward Ardolino_                         1-26-06
(Signature)                                 (Date)

EDWARD ARDOLINO
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SUFFOLK COUNTY,  )<br>Defendant.  )<br>  ) | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  1-26-06
(Signature)                 (Date)

_____
Al Boudrow
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   _____
(Signature)                                                          (Date)

Domenic Festa
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant. )<br>) | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_/s/ Karen Doria_                    2/1/06
(Signature)                          (Date)

KAREN DORIA
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA, )
)
Plaintiff, )
)
v. ) C.A. NO. 05-10032-MEL
)
SUFFOLK COUNTY, )
Defendant. )

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  2/8/06
(Signature)                      (Date)

Gioacchino Curiale
PRINT NAME HERE