UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>    Defendant )<br>) | C.A. NO. 05-10032-MEL |

**NOTICE OF NINTEENTH FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

    1. MICHAEL GANNON
    2. JULIE BICKFORD

1

       Respectfully submitted,

       THE PLAINTIFFS

       By their attorney,


       /s/ Daniel W. Rice
       Daniel W. Rice
       GLYNN, LANDRY,
       HARRINGTON & RICE, LLP
       10 Forbes Road
       Braintree, MA 02184
       BBO # 559269
       (781) 849-8479

Dated: March 10, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, <br><br> Plaintiff, <br><br> v. <br><br> SUFFOLK COUNTY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 05-10032-MEL <br> ) <br> ) <br> ) <br> ) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_M. Gannon_  3/10/06
(Signature)              (Date)

_Michael Gannon_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/10/06
(Signature)                      (Date)

Julie Bickford
PRINT NAME HERE