UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>   )<br>   Plaintiff )<br>   )<br>v.   )<br>   )<br>SUFFOLK COUNTY, )<br>   Defendant )<br>   ) | C.A. NO. 05-10032-MEL |

**NOTICE OF TWENTIETH FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

1. Christopher McCray
2. Denis McCarthy
3. Michael Griffin

1

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,


        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        BBO # 559269
        (781) 849-8479

Dated: March 15, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,           )
                            )
    Plaintiff,              )
                            )
v.                          )        C.A. NO. 05-10032-MEL
                            )
SUFFOLK COUNTY,             )
    Defendant.              )

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3-14-06
(Signature)                (Date)

CHRISTOPHER MCCAY  3-14-06
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  14 MAR 06
(Signature)                    (Date)

Denis McCarthy
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/14/06
(Signature)                 (Date)

Michael Griffin
PRINT NAME HERE