UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA, et al, <br>    *Plaintiff* <br><br> v. <br><br> SUFFOLK COUNTY, <br>    *Defendant* | DOCKET NO. <br> **05-10032-MEL** |

**NOTICE OF APPEARANCE**

      Please enter the appearance of Russell T. Homsy as counsel for the Defendant Suffolk County in this action.

Respectfully Submitted,
For the Defendants
By their Attorney

/s/ Russell T. Homsy_____
Russell T. Homsy
B.B.O. # 641327
Assistant General Counsel
Suffolk County Sheriff's Department
20 Bradston Street
Boston, MA  02118
(617) 961-6535

Date:   March 15, 2006