UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al.,<br><br>   Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. NO. 05-10032-MEL |

**NOTICE OF TWENTY-THIRD FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

**Michael Gannon**
**Julie Bickford**
**Christopher McCray**
**Denis McCarthy**
**Michael Griffin**
**James O'Brien**
**Brian Reynolds**

1

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: April 20, 2006

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_M. Gavina_     3/10/06
(Signature)     (Date)

_Michael Gavina_
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/10/06
(Signature)                      (Date)

Julie Bickford
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10032-MEL |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3-14-06
(Signature)                (Date)

CHRISTOPHER MCCRAY     3-14-06
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    14 MAR 06
(Signature)                          (Date)

_____
PRINT NAME HERE    Denis McCarthy

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   3/14/06
(Signature)                        (Date)

Michael Griffin
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____James O'Brien_____
(Signature)                    (Date)

_____James O'Brien_____
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____Brian A Reynolds_____
(Signature)                          (Date)

_____Brian A. Reynolds_____
PRINT NAME HERE