# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

GIUSEPPE MAROTTA et al.,          )
                                  )
        Plaintiff                 )
                                  )
v.                                )          C.A. NO. 05-10032-MEL
                                  )
SUFFOLK COUNTY,                   )
        Defendant                 )
                                  )
_____  )

## NOTICE OF TWENTY-FOURTH FILING OF FLSA CONSENTS TO SUE

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

**Brendan Walsh**
**Glen Campbell**
**Robert Call**

1

Respectfully submitted,

THE PLAINTIFFS

By their attorney,


/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: May 1, 2006

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, <br><br> Plaintiff, <br><br> v. <br><br> SUFFOLK COUNTY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     C.A. NO. 05-10032-MEL <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  4/23/06
(Signature)                        (Date)

Brendan Walsh
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,         ) <br>         ) <br>      Plaintiff,        ) <br>         ) <br> v.         ) <br>         ) <br> SUFFOLK COUNTY,        ) <br>      Defendant.       ) <br>         ) | C.A. NO. 05-10032-MEL |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Glen Campbell_     4/24/06
(Signature)             (Date)

_Glen Campbell_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,                              )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )          C.A. NO. 05-10032-MEL
                                               )
SUFFOLK COUNTY,                                )
            Defendant.                         )
                                               )
                                               )

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    04/26/06
(Signature)                (Date)

Robert T. Call
PRINT NAME HERE