# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>  )<br>   Plaintiff )<br>  )<br>v. )<br>  )<br>SUFFOLK COUNTY, )<br>   Defendant )<br>  ) | C.A. NO. 05-10032-MEL |

### MOTION TO ENLARGE DISCOVERY DEADLINE

Now come the parties to the above-referenced action, and move to enlarge the time set for completing depositions and to engage in discovery from July 31, 2006, to September 20, 2006. In support thereof, the parties state that this case and its related actions involve several hundred individuals who have made related claims under the FLSA. The administration of the case, therefore, involves time-consuming discovery, which requires the parties to enlarge deadlines previously established.

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

s/Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 356-1399

                THE DEFENDANT

                By its attorneys,

                s/James Davin  
                James Davin, BBO # 566973  
                General Counsel  
                Russell Homsy, BBO # 641327  
                Suffolk County Sheriffs Department  
                Deputy General Counsel  
                200 Nashua Street  
                Boston, MA 02114  
                (617) 961-6679

Dated: July 31, 2006