UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. NO. 05-10032-MEL |
| ) | |
| SUFFOLK COUNTY, ) | |
| Defendant ) | |

**NOTICE OF APPEARANCE OF WILLIAM T. HARRINGTON**

Now comes William T. Harrington and appears for the Plaintiffs in the above-referenced action.

/s/ William T. Harrington
William T. Harrington (BBO No. 564445)
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road, Suite 270
Braintree, MA 02184
(781) 356-1749

Dated: September 28, 2006

CERTIFICATE OF SERVICE

I, William T. Harrington, hereby certify that, on September 28, 2006, I filed this document with the Court electronically via the Court's CM/ECF system and that I served a copy of this documents upon each counsel and party who has appeared in the action but who has not signed up to receive electronic notice, serving a copy by first class mail.

*/s/ William T. Harrington*
William T. Harrington