UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant )<br>) | C.A. NO. 05-10032-MEL |

**NOTICE OF TWENTY-SIXTH FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

**JONATHAN CROSS**

**MARIBEL MORALES**

1

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
BBO # 559269
(781) 849-8479

Dated: October 30, 2006

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 05-10032-MEL<br>)<br>)<br>)<br>) |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Jonathan Cross_     October 24, 2006
(Signature)                                       (Date)

Jonathan CROSS
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10032-MEL

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____     10-24-06
(Signature)                              (Date)

MARIBEL MORALES
PRINT NAME HERE