UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **GIUSEPPE MAROTTA, et al** ) | | |
| Plaintiff, ) | CIVIL ACTION NO. | |
| ) | 05-10032-MEL | |
| v. ) | | |
| ) | | |
| **SUFFOLK COUNTY** ) | | |
| Defendant ) | | |

## ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated June 14,, 2007
Boston, Massachusetts

/s/ George H. Howarth
Deputy Clerk