UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN *et alia*, ) ) ) Plaintiffs, ) ) v. ) ) SUFFOLK COUNTY, ) Defendant. ) | C.A. NO. 05-10188-MEL |

and

|  |  |
|---|---|
| GIUSEPPE MAROTTA *et al.*, ) ) ) Plaintiff ) ) v. ) ) SUFFOLK COUNTY, ) Defendant ) | C.A. NO. 05-10032-MEL |

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I consulted with Russell Homsy, counsel for the Defendants', in an effort to resolve the issues in dispute raised in the Plaintiffs' Motion for Summary Judgment.

                        s/Daniel W. Rice
                        Daniel W. Rice

Dated: November 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 15, 2007.

                        /s/ Daniel W. Rice
                        Daniel W. Rice