# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | |
| RICHARD BROWN *et alia*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. NO. 05-10188-JLT |
| ) | |
| SUFFOLK COUNTY, ) | |
| Defendant. ) | |
| ) | |
| ) | |

and

|  |  |
|---|---|
| ) | |
| ) | |
| GIUSEPPE MAROTTA *et al.*, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. NO. 05-10032-JLT |
| ) | |
| SUFFOLK COUNTY, ) | |
| Defendant ) | |
| ) | |
| ) | |

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1 REGARDING MOTION TO CONSOLIDATE

I hereby certify that I have today consulted with Russell Homsy, counsel for the

Defendant, relative to the Plaintiffs' Motion to Consolidate relative to the Plaintiffs'

Motion for Summary Judgment in the related actions, captioned above, in an effort to

resolve the issues in dispute.  He indicated he had no objection to the Motion to

Consolidate.


s/Daniel W. Rice
Daniel W. Rice


Dated: November 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 16, 2007.

/s/ Daniel W. Rice
Daniel W. Rice