UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA, et al,<br>    *Plaintiff*<br><br>v.<br><br>SUFFOLK COUNTY,<br>    *Defendant* | DOCKET NO.<br>**05-10032** |

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I consulted with Daniel Rice, counsel for the Plaintiffs', in an effort to resolve the issues in dispute raised in the Defendant's Motion to Extend the Time to Respond to the Plaintiff's Motion for Summary Judgment and Motion for a Status Review.

    Respectfully Submitted,
    For the Defendants
    By their Attorney

    /s/ Russell T. Homsy_____
    Russell T. Homsy
    B.B.O. # 641327
    Assistant General Counsel
    Suffolk County Sheriff's Department
    20 Bradston Street
    Boston, MA  02118
    (617) 961-6535

Date:   December 5, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 5, 2007.

      /s/Russell T. Homsy
      Russell T. Homsy