UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GUISEPPE MAROTTA, et al., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10032-JLT |
| | * | |
| SUFFOLK COUNTY | * | |
|     Defendant. | * | |

and

| | | |
|---|---|---|
| RICHARD BROWN, et al., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10188-JLT |
| | * | |
| SUFFOLK COUNTY | * | |
|     Defendant. | * | |

ORDER

December 6, 2007

TAURO, J.,

    This court hereby orders that:

1.     The Pre-Trial Conference set for December 10, 2007, is CANCELLED.

2.     Plaintiffs' Motion for Partial Summary Judgment as to Liability on Count I of Their Complaints [#92] is DENIED WITHOUT PREJUDICE TO RE-RAISING AT TRIAL.

3.     Defendant's Motion to Extend the Time to Respond to the Plaintiffs' Motion for Summary Judgment and Motion for a Status Review [#97] is DENIED.

4.     Pursuant to the Order of October 5, 2007, the Parties shall be prepared for trial on January 28, 2008. The morning trial session will begin each day at 10:00 A.M. and end at 1:00

P.M., and the afternoon trial session will begin at 2:15 P.M. and end at 4:30 P.M.

5. A Trial Order will issue.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro    
United States District Judge