UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | C.A. NO. 05-10032-MEL |
| SUFFOLK COUNTY, Defendant | ) ) ) ) ) | |

**<u>NOTICE OF THIRTY-FIRST  FILING OF FLSA CONSENTS TO SUE</u>**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

>Elijah Williams
>Francis Gearrenghty
>Daniel Fitzgibbon
>Michael Dias

>Respectfully submitted,

>THE PLAINTIFFS

>By their attorney,

>/s/ Daniel W. Rice
>Daniel W. Rice
>GLYNN, LANDRY,
>HARRINGTON & RICE, LLP
>10 Forbes Road
>Braintree, MA 02184
>BBO # 559269
>(781) 849-8479

Dated:  December 12, 2007

1

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 12, 2007.

/s/ Daniel W. Rice
Daniel W. Rice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    _____
(Signature)                                                        (Date)

Elton Williams
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUFFOLK COUNTY, )<br>Defendant. )<br>) | C.A. NO. 05-10032-MEL |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  10-26-07
(Signature)              (Date)

Francis Gearreushty
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant. | C.A. NO. 05-10032-MEL |

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  10/05/07
(Signature)                (Date)

DANIEL FITZGIBBON
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____
(Signature)                    (Date)

Name: Michael Dias

Address: _____

_____
(City)        (State)       (Zip Code)