UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GIUSEPPE MAROTTA et al., | ) ) ) ) |
| Plaintiff | ) ) |
| v. | )    C.A. NO. 05-10032-WGY |
| SUFFOLK COUNTY, | ) ) |
| Defendant | ) ) ) ) |

**NOTICE OF THIRTY-THIRD FILING OF FLSA CONSENTS TO SUE**

Attached hereto is/are the form(s) noticing CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b), noticing participation as party plaintiff(s) in the above-captioned collective action for the following individual(s):

        JOHN WIGGIN

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,

        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        BBO # 559269
        (781) 849-8479

Dated: January 18, 2008

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 18, 2008.
/s/ Daniel W. Rice
Daniel W. Rice

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIUSEPPE MAROTTA, )
)
Plaintiff, )
)
v. ) C.A. NO. 05-10032-MEL
)
SUFFOLK COUNTY, )
Defendant. )
)

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  12/31/07
(Signature)              (Date)

_____
PRINT NAME HERE